**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **IN RE: ANDREW RYAN EARWOOD,** | ) | **CASE NO: 25-40242-pwb** |
| | ) | |
| **Debtor.** | ) | **CHAPTER: 7** |
| ---------------------------------------------- | ) | |
| **ASHLEIGH HARRIS and** | ) | |
| **JASON DEERING,** | ) | **ADV No.:** |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CONTESTED MATTER** |
| | ) | |
| **ANDREW RYAN EARWOOD** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT AND**
**OBJECTION TO DISCHARGE OF DEBTOR**

---

Plaintiffs Ashleigh Harris and Jason Deering (collectively "Plaintiffs"), creditors of

Debtor and Defendant Andrew Ryan Earwood ("Debtor" or "Defendant") in this case,

pursuant to Federal Rule of Bankruptcy Procedure 7001(6), file this Complaint seeking a

determination of the dischargeability of the debt owed by Debtor to Plaintiffs as well as an

objection to discharge (the "Adversary Proceeding") and shows this Court as follows:

1.

Debtor filed for relief under Chapter 7 of Title 11 of the United States Code (the

"Bankruptcy Code") on February 24, 2025 (the "Petition Date"). This Court has

jurisdiction over this Adversary Proceeding under 28 U.S.C. §§ 157 and 1334, 11 U.S.C.

§ 523, and Local Rule 1070-1, Northern District of Georgia. Venue is proper in this Court

pursuant to 28 U.S.C. § 1409.

2.

This Adversary Proceeding is a core proceeding as defined by 28 U.S.C. § 157(b)(2)(I) and (b)(2)(J).

3.

Debtor is subject to the personal jurisdiction of this Court based upon his filing of Chapter 7 Bankruptcy, Case No. 25-40242-PWB Bankruptcy Court for the Northern District of Georgia (the "Bankruptcy Case"). Debtor may be served with process in this Adversary Proceeding by mailing a copy of the Summons and Complaint by First Class U.S. Mail, postage pre-paid to Andrew Ryan Earwood, 2 Bo Xing, Temple, GA 30179, as provided by Rules 7004(b)(1) and (b)(9) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

4.

Plaintiffs Ashleigh Harris and Jason Deering are residents of Polk County, Georgia.

## FACTUAL BACKGROUND

5.

Defendant is the sole member of a Georgia limited liability company called Southern Family Homes Construction & Remodeling, LLC ("Southern Family").

6.

While Defendant holds a residential/general contractor license with the Georgia Secretary of State, Southern Family was not properly licensed with the Georgia Secretary of State to do residential construction work and Defendant did not disclose this to Plaintiffs.

7.

In May of 2022, Plaintiffs and Southern Family entered into a contract with for the construction of a new single-family residential home to be located on Wheeler-Ford Rd. in Rockmart, Georgia (the "Property").

8.

Pursuant to the Contract for Building (the "Agreement"), construction was to be completed by January 15, 2023. The contract was for a fixed price of $400,000.00, with any overages above the Agreement's allowances being Plaintiffs' responsibility. Plaintiffs never received a signed copy of the Agreement. A copy of the Agreement is attached hereto as **Exhibit "A"**.

9.

Plaintiffs paid Southern Family a $40,000.00 deposit on May 6, 2022. Construction commenced and Mr. Earwood then made draw requests from Plaintiffs pursuant to the Agreement. Pursuant to the Agreement, the draw schedule was:

**10% initial draw** to start project= $40,000

Schedule of Payments or draws: Custom draw schedule below
25% at foundation complete
25% at framing complete
15% at drywall install
15% at cabinet install
10% at Certificate of Occupancy (CO)

10.

Defendant later provided Plaintiffs with a breakdown of costs and allowances. A copy of this supplemental documentation is attached hereto as **Exhibit "B"**.

11.

Plaintiffs have paid Southern Family a total of $300,000.00. In addition to the initial deposit, said payments were:

- $100,000.00 on August 5, 2022
- $40,000.00 on September 8, 2022;
- $30,000.00 on September 22, 2022;
- $30,000.00 on September 30, 2022; and
- $60,000.00 on January 30, 2023.

12.

After Mr. Earwood received the $60,000.00 on January 30, 2023, Defendant caused Southern Family to ceased all construction at the Property.

13.

On March 2, 2023, Mr. Earwood informed Plaintiffs that he was "cash poor" and construction could not be completed on the Property. When ask what happened to the money that Plaintiffs had paid Southern Family, Mr. Earwood stated via text message that, "Every house gets draws. They all pay different things on different houses and they all even out at the end."

14.

Mr. Earwood then represented to Plaintiffs that construction of their new home could be completed if Plaintiffs would pay his vendors and contractors directly for the remaining work left to complete construction.

15.

Mr. Earwood failed to disclose, however, that he and Southern Family had been failing to pay all their subcontractors and vendors for construction performed at the Property.

16.

Mr. Earwood and Southern Family then abandoned Plaintiffs without substantially completing construction on the Property. As a result, Plaintiffs were forced to complete construction on the Property themselves.

17.

Plaintiffs were forced to incurred substantial expenses in the amount of $71,163.15 due to having to pay vendors and subcontractors to avoid having liens placed on their Property. These vendors and subcontractors should have been paid by with the $300,000.00 that Plaintiffs had paid to Mr. Earwood and Southern Family.

18.

Plaintiffs were then forced to complete construction on the house themselves and a substantially greater cost than what was negotiated for under the Agreement.

19.

On October 26, 2023, Plaintiffs filed a complaint against Defendant and Southern Family styled as Ashleigh Harris, et al. v. Andrew Earwood, et al., Superior Court of Polk County, Case No. SUCV2023000650 (the "Complaint"). In addition to breach of contract against Southern Family, the Complaint asserted claims against both Southern Family and Defendant for Unjust Enrichment, Fraud, Negligent Representation, Punitive Damages, Attorney's Fees, and for Piercing the Corporate Veil.

20.

The Complaint alleged, and Plaintiffs later proved, that Defendant used Southern Family as an alter ego including using the LLC's funds to pay his personal expenses such as his child support obligations and to pay expenses of another company that Defendant started in late 2022/early 2023 called Southern Social at The Turn Around, LLC.

21.

On November 27, 2023, Defendant filed a simple general denial answer pro-se and Southern Family failed to file any responsive pleadings. As a result, an entry of default was entered against Southern Family on January 11, 2024.

22.

On December 26, 2023, Defendant was arrested on charges of Conversion of Payments for Real Property Improvements under O.C.G.A. § 16-8-15 for his actions against Plaintiffs and a third-party. See **Exhibit "C"** as attached hereto.

23.

On March 27, 2024, Defendant's answer to the Complaint was struck due to Defendant's failure to respond to discovery requests and his failure to obey the trial court's orders.

24.

On October 23, 2024, Plaintiffs brought their case before the trial court for a final hearing on damages. While Defendant did appear at the final hearing, he invoked his 5th Amendment right to remain silent due to pending criminal charges concerning the subject matter of the Complaint.

25.

On November 14, 2024, the trial court issued a Final Order wherein it found, inter alia, that:

a) Defendant disregarded corporate formalities and used Southern Family as his alter ego, thus, both of the defendants are liable for the entirety of Plaintiffs' injuries as well as the entire amount of each of the judgments set forth in the Final Order;

b) Awarded Plaintiffs $170,052.64 in damages for breach of contract;

c) Awarded Plaintiffs $61,663.15 in damages for unjust enrichment;

d) Awarded Plaintiffs $75,000.00 in damages for fraud;

e) Awarded Plaintiffs $25,000.00 in damages for negligent representation;

f) Awarded Plaintiffs $60,000.00 in punitive damages; and

g) $8,751.34 in attorneys fees and costs under O.C.G.A. §13-6-11.

See Final Order, Nov. 14, 2024, attached hereto as **Exhibit "D"**.

## COUNT ONE
## NON-DISCHARGEABILITY UNDER 11 U.S.C. §523(a)(2)(A)

26.

Plaintiff incorporates and realleges the factual allegations set forth in paragraphs 1-25 as if fully set forth herein.

27.

11 U.S.C. § 523(a)(2)(A) provides that a discharge "under Section 727 of the Bankruptcy Code "does not discharge an individual from any debt . . . (2) for money,

property, services, or an extension, renewal, or refinancing of credit, to the extent obtained

by . . . (A) false pretenses, a false representation, or actual fraud, other than a statement

respecting the debtor's or an insider's financial condition. " 11 U.S.C. § 1328(a)(2)

provides that debts under 11 U.S.C. § 523(a)(2)(A) are not dischargeable in a Chapter 13

bankruptcy case.

28.

Defendant made representations to the Plaintiffs and or concealed material facts from

the Plaintiffs, including that Southern Family's lacked the proper Georgia licensing

requirements for residential construction, in order to induce Plaintiffs to enter into a

residential construction contract with Southern Family Homes.

29.

Defendant made representations to the Plaintiffs and or concealed material facts from

the Plaintiffs concerning Defendant and Southern Family's payments to vendors and

subcontractors in order to induce Plaintiffs to continuing making payments.

30.

At the time of making said representations, Defendants knew that their representations

were false.

31.

Defendant also negligently supplied false information to Plaintiffs.

32.

Plaintiffs reasonably relied upon Defendants' representations.

33.

Defendants' actions constitute fraud and negligent misrepresentation against Plaintiffs and, as a result of Defendant's wrongful conduct, Plaintiffs have been damaged in the amounts determined by the trail court. Accordingly, the debt owed by Defendant to Plaintiffs is non-dischargeable pursuant to 11 U.S.C. §523(a)(4).

## COUNT TWO
## NON-DISCHARGEABILITY UNDER 11 U.S.C. §523(a)(4)

34.

Plaintiffs incorporates and realleges the factual allegations set forth in paragraphs 1-25 as if fully set forth herein.

35.

Plaintiffs gave and entrusted funds to Defendant for the purpose of building their new home. Defendant took these funds and used it for purposes other than building Plaintiffs' home without Plaintiffs' knowledge or consent.

36.

Defendant faces criminal charges of Conversion of Payments for Real Property Improvements under O.C.G.A. § 16-8-15 in the case of <u>State of Georgia v. Andrew Earwood</u>, Superior Court of Polk County, Case No. SUCR2023000998, for his actions against Plaintiffs and a third-party.

37.

Defendant's actions were in violation of 11 U.S.C. §523(a)(4) thus causing the debt owed by Defendant to Plaintiffs to be non-dischargeable pursuant to 11 U.S.C. §523(a)(4).

## COUNT THREE
## OBJECTION TO DISCHARGE - 11 U.S.C. § 727(a)(4)(A)

38.

Plaintiffs object to the discharge of Defendant pursuant to 11 U.S.C. § 727(c) due to Defendant's conduct in violation of 11 U.S.C. § 727(a)(4)(A).

39.

Defendant is not entitled to a discharge because Defendant knowingly and fraudulently made false oaths and accounts in connection with his Statement of Financial Affairs.

40.

On  Defendant's Statement of Financial Affairs, Defendant represented that he had not closed any financial accounts within the last year of the CH 7 Petition being filed. At the 341 Meeting on March 27, 2025, Defendant confirmed that this statement was correct.

41.

On  Defendant's Schedule A/B Property, Defendant represented that the only financial accounts that he had were a Bank of American checking account and savings account. At the 341 Meeting on March 27, 2025, Defendant confirmed that this statement was correct.

42.

Prior to Defendant filing his CH 7 Petition, Plaintiffs obtained Defendant's banking records from Family Savings Credit Union as part of post-judgment discovery in Ashleigh Harris, et al. v. Andrew Earwood, et al., Superior Court of Polk County, Case No. SUCV2023000650. The most recent statements that were produced were those that ended in December of 2024.

43.

Defendant had multiple active financial accounts with Family Savings Credit Unition ("FSCU") that he failed to disclose. These include:

a) FSCU account ending in x5576, with a balance as of 12/31/2024 of $165.50;

b) FSCU account ending in x8649, with a balance as of 12/31/2024 of $5.00;

c) FSCU account ending in x8659, with a balance as of 12/31/2024 of $5.00;

d) FSCU account ending in x6880, with a balance as of 12/31/2024 of $5.00;

See statements attached hereto as **Exhibit "E"**.

44.

A review of the 2024 banking statements for FSCU account ending in x5576 shows that Defendant utilizes alternative financial accounts such as Venmo and Cash App. Defendant did not disclose these accounts in his Statement of Financial Affairs of Schedules. Defendant regularly utilized these accounts including for making deposits into his unreported bank account x5576. See statements attached hereto as **Exhibit E**.

45.

On  Defendant's Statement of Financial Affairs, Defendant represented that his income from employment and operating a business for 2024 was $57,045.00 and for 2023 was $22,256.00. At the 341 Meeting on March 27, 2025, Defendant confirmed that this statement was correct.

46.

A review of the 2024 banking statements for FSCU account ending in x5576 shows that Defendant deposited a total of $127,366.08 into his account. This is over $70,000.00 more than Defendant reported earning in 2024.

47.

A review of the banking statements for FSCU account ending in x5576 for only the months of August 2023 to December 2023 shows that during five (5) months Defendant deposited a total $146,211.56 into his account. These five months of income is almost $124,000.00 more than Defendant reported earning in all of 2023.

48.

Upon information and belief, Defendant continues to undertake construction and or repair work outside of the normal course of his employment. Defendant has failed to disclose owning any construction related equipment or tools.

49.

FSCU account ending in x6880 states that the account is held by a business by the name of SWARM 14 and that Defendant is a joint-owner of said account. Defendant did not list SWARM 14 in his Statement of Financial Affairs.

50.

On Defendant's Statement of Financial Affairs, Defendant represented that his Southern Social at The Turn Around, LLC ("Southern Social") had ceased doing business in March of 2023. At the 341 Meeting on March 27, 2025, Defendant confirmed that this statement was correct.

51.

Southern Social's Facebook social media page indicates that the business continued to operate past March of 2023 until December of 2023. See screenshots attached hereto as **Exhibit F**.

52.

These false oaths and accounts related to material facts in the bankruptcy proceeding.

53.

These false oaths and accounts, among other things, prevented the Trustee from discovering assets of the Debtor that could be used to satisfy his creditors.

54.

As a result of these false oaths and accounts, Defendant should not be released from his debts and his Chapter 7 Petition should be dismissed.

## COUNT FOUR
## OBJECTION TO DISCHARGE - 11 U.S.C. § 727(a)(5)

55.

Plaintiffs incorporates and realleges the factual allegations set forth in paragraphs 40-51 as if fully set forth herein.

56.

Plaintiffs object to the discharge of Defendant pursuant to 11 U.S.C. § 727(c) due to Defendant's conduct in violation of 11 U.S.C. § 727(a)(5).

57.

On Defendant's Schedule A/B Property, Defendant represented that he did not have any cash on hand aside from the $1,787.00 in his two Bank of America bank accounts.

58.

A review of the 2024 banking statements for FSCU account ending in x5576 shows that Defendant withdrew approximately $24,800.00 in cash from his account in 2024.

59.

A review of the banking statements for FSCU account ending in x5576 for only the months of August 2023 to December 2023 shows that during those five (5) months Defendant withdrew approximately $27,408.34 in cash from his account.

60.

By failing to disclose the existence of these bank accounts, Defendant has similarly failed to explain the loss of significant assets, including the aforementioned cash withdrawals, that was under his control in the material time preceding the filing of the bankruptcy petition.

61.

By failing to disclose the existence of continuing operating business(es) and failing to disclose true closing dates of other business(es), Defendant has failed to explain satisfactorily, any loss of business assets of deficiency of business assets to meet his liabilities.

62.

As a result of Defendant's omissions should not be released from his debts and his Chapter 7 Petition should be dismissed.

WHEREFORE, PLAINTIFFS REQUESTS:

(a)    That Defendant's debt to Plaintiffs be excepted from discharge;

(b)    That the Court determine that Defendant is ineligible for a discharge and dismiss his present bankruptcy case;

(c)    That if Plaintiffs are found to be the prevailing party, that they have reasonable attorney's fees and costs of suit;

(d)    That Plaintiffs be granted such other and further relief as provided by law.

COX BYINGTON TWYMAN, LLP

By: */s/ M. West Evans*

711 Broad Street          M. WEST EVANS
Rome, Georgia 30161     Georgia Bar No. 131714
(706) 291-2002          *Attorney for the Plaintiffs/Movants*
west.evans@cbtjlaw.com



# Contract for Building

This Contract is made on 5/6/2022

**BETWEEN** the contractor Andrew R Earwood (Southern Family Homes), whose address is 255 Super Deluxe Rd Rockmart GA 30153, referred to as the "Contractor," **AND** the Property Owner,_____ whose address is _____referred to as the "Owner."

If there is more than one Property Owner, the word "Owner" shall mean each Property Owner named above.s

1. **Agreement**. The contractor agrees to perform certain construction, alteration or repair work (referred to as the "work") in accordance with this Contract. All work will be done in a good, sound and workmanlike manner. The Contractor will begin the work no later than __5/15/22___ and complete the work on or before__1/15/22__

2. **Work**. The work is described as follows: (check box if applicable)

    _____A detailed Description of the work is attached hereto as Schedule _____

These Drawings, Plans and Specifications are signed by the Owner and Contractor or their approved agents and identified as follows: (check box if applicable)

    ___X_____Copies of said Drawings, Plans, and Specifications are attached hereto as Schedule the Owner will provide the Contractor with all the Architect's drawings and explanations as required to indicate the work to be done. The Contractor will follow these drawings and explanations as long as they are consistent with the original Drawings, Plans and Specifications.

3. **Location**. All work will be completed on the property (called the "Property") known as __**139 Wheeler Ford Rd Rockmart Ga.**__

 7708513922

✉ AndrewE@southernfamilyhomes.com

📍 18 Plainview St Rockmart GA 30153



PLAINTIFF'S
EXHIBIT

**A**



4. **Price**. The agreed upon price is $400,000_____ to be paid as follows:

**10% initial draw** to start project= $40,000

Schedule of Payments or draws: Custom draw schedule below
25%  at foundation complete
25%  at framing complete
15%  at drywall install
15%  at cabinet install
10%  at Certificate of Occupancy (CO)

Allowances below. Any overages is customer responsibility

$6000 for septic system
$2000 for plumbing fixtures (sink and bath faucets only)
$4.00 sq/ft flooring installed
$35.00 per sq/ft or less for tops. Builder will provide options
$2000 for light fixtures. We will provide flush mount LEDs
Customer responsible for large sliding door

5. **Materials**. The Contractor will provide the materials, supplies, equipment, services and labor necessary for the complete performance of this Contract. Unless otherwise agreed, all materials will be new and of good quality.

6. **Compliance with Laws**. The Contractor will comply with all applicable Federal, State and local laws regarding work, materials and the safety of persons or property. The Owner will not be responsible for any loss or damage to the work or any property of the Contractor.

7. **Arbitration of Disputes**. Either the Owner or the Contractor may submit any dispute related to this Contract to arbitration in accordance with the American Arbitration Association's Construction Industry Arbitration Rules. The decision will be binding upon both the Owner and the Contractor.

8. **No Oral Changes**. This Contract can only be changed by an agreement in writing signed by both the Owner and the Contractor. No variations, alterations, deviations, deletions or

7708513922

AndrewE@southernfamilyhomes.com

18 Plainview St Rockmart GA 30153



extra work can be made unless both the Owner and the Contractor specifically agree in writing.

9. **Utilities.** Owner is responsible for all utility connections and fees that those may require. Septic and Well water homes have a six thousand dollar each allowance. Any overages will be Owner responsibility.

10. **Failure to Complete Work**. The Contractor must properly and diligently complete the work provided for in this Contract. Otherwise, the Owner may notify the Contractor in writing that he must begin work within seven days or the Owner will complete the work by other means. Any additional cost to complete this work will be charged to the Contractor. The contract times may be extended by a change order from the architect for such reasonable time as he may determine, when in his opinion the contractor is delayed in work progress by changes ordered, labor disputes, fire, prolonged transportation delays, injuries, or other causes beyond his control or which justify the delay.

11. **Failure to Pay Contractor**. The Contractor may stop work and terminate this Contract if the Owner fails to pay the Contractor any sum within 2 days after the date fixed for payment. The Owner must then pay for all work which has been completed, together with the Contractor's reasonable profits and damages.

12. **Builders Risk Insurance**. The Owner will adequately insure all buildings as well as any work and materials used in the buildings.. The policy will provide for extended coverage in the names of both the Owner and the Contractor. This protects both parties from fire, storm damage, and theft.

13. **Other Insurance**. The Contractor will maintain insurance coverage required under the Worker's Compensation Laws of Georgia. The Contractor will also provide general public liability insurance protecting the Owner from liability for injuries to persons or property which occur on or about the Property. The insurance will provide limits of not less than for injuries to any one person, and for injuries in any one accident or occurrence, and for loss or damage to property. The Contractor will protect the Owner from all claims and liability related to the construction or repair work.

7708513922

AndrewE@southernfamilyhomes.com

18 Plainview St Rockmart GA 30153



14. **Ownership of Materials**. The Contractor will continue to own all materials delivered and work performed until paid for by the Owner. The Contractor will have access to these materials and work at all reasonable times.

15. **Care of Property**. The Contractor will protect the work, materials, property and adjacent property from damage or loss. The Contractor will also take proper precautions for the safety of the public. The Property will be kept free of waste, rubbish and surplus materials. The Contractor will leave the Property "broom clean" before being entitled to the final payment under this Contract. The Contractor will also pay for, repair or replace any damage or loss caused by the Contractor's failure to perform this Contract.

16. **Permits**. The Contractor will obtain all building permits or approvals as required by law. The Owner will pay for these permits if exceeding one thousand dollars in fees or approvals and cooperate in obtaining them.

17. **Payments**. The Owner will pay the Contractor according to the terms of this Contract provided that:

   a. Before each payment or wire transfer, the Contractor will seek approval from Owner stating that the work has been done exactly in accordance with this Contract and per draw schedule. Draws, or wire transfers, will be made directly to contractor.

   b. Releases. Contractor will obtain releases of liens from all persons who may claim a lien upon the Property at completion. The Contractor will also state in writing that all persons who did work have been paid in full at completion.

The owner by making final payment waives all claims except those rising out of:

Faulty work appearing after substantial completion has been granted;

Work that does not comply with the contract documents;

Outstanding claims of lien; or

Failure of the contractor to comply with any special guarantees required by the contract

☎ 7708513922

✉ AndrewE@southernfamilyhomes.com

📍 18 Plainview St Rockmart GA 30153



documents.

The contractor, by accepting final payment, waives all claims except those which —he has previously made in writing, and which remain unsettled at the time of acceptance.

18. **Contractor's Continuing Liability**. The Contractor will be liable for defective, faulty or improper materials or workmanship. Upon written demand, the Contractor will immediately remedy all defects, faults or omissions and complete all unfinished work.

19. **Notices**. All notices under this Contract must be in writing. The notices must be delivered personally or mailed by certified mail, return receipt requested, to the other party at the address written in this Contract or to that party's attorney.

20. **Parties**. Both the Owner and the Contractor are bound by this Contract. All parties who lawfully succeed to their rights and responsibilities are also bound.

21. **NOTICE TO OWNER.**

    a. **Do not sign this contract if blank.**
    b. **You are entitled to a copy of the contract at the time you sign.**
    c. **Keep it to protect your legal rights.**

**Do not sign any completion certificate or agreement stating that you are satisfied with the entire project before this project is complete. Home repair contractors are prohibited by law from requesting or accepting a certificate of completion signed by the owner prior to the actual completion of the work to be performed under the home repair contract.**

**Signatures**. Both parties sign and agree to this Contract. THE OWNER ACKNOWLEDGES RECEIPT OF A COMPLETELY EXECUTED COPY WITHOUT CHARGE.

Witnessed or Attested by:

                                                                         **Owner**

7708513922

AndrewE@southernfamilyhomes.com

18 Plainview St Rockmart GA 30153



**Owner**

_____

**Contractor- Andrew R Earwood**

**Southern Family Homes**

7708513922

AndrewE@southernfamilyhomes.com

18 Plainview St Rockmart GA 30153

# SOUTHERN FAMILY HOMES

## Customer- Harris
## Wheeler Ford Rd Rockmart

| | |
|---|---:|
| Heated Sq ft | 2975 |
| Unfinished Sq ft basement | 0 |
| Garage Sq ft | 0 |
| Porches | 678 |
| Total Footage | 3653 |
| Beds | 3 bed , study, office |
| Baths | 3 |
| | |
| **Fixed price bid per plan** | **$400,000** |

Basement  Foundation

CUSTOMER ALLOWANCE ITEMS
Septic Allowance of $6500
Plumbing faucet Allowance of $1500
Light fixture allowance of $2000
Floor Allowance of $9000 (material and labor)
Tile Allowance of $2000 (material  only)
Appliance allowance of $3500
Utility allowance (water, power) $4000
Concrete apron at the road


Below is the ROUGH cost of each line item
Each Task is listed as milestones, and some have sub tasks included
Prices do not reflect actuals and several smaller tasks are not included in milestones.
(e.g. housewrap, cleaning, porta toilet, trash removal, gutters, etc.)
Milestones include labor and all sub tasks to complete home build


Specs include but are not limited to: soft close all wood cabinets, solid surface tops
including baths. Wood shelving in pantry and laundry. Customer will select all hardware,
windows, doors, paint, cabinets, tops, faucets, light fixtures, flooring, tile, appliances,
shingles, trim, porch rails, and cabinet layout. Paid by builder.
BUDGET items are under allowances above

| Task | | Rough Cost |
|---|---|---:|
| Permits/Clearing/Grading | | $8,500 |
| Basement Walls, Slab plumb, foundation | | $44,000 |
| Wall Framing, Headers, Joist, and Sheathing | | $36,200 |



| | | |
|---|---|---|
| Interior Wall Partitions | | $17,500 |
| Roof framing / Trusses | | $16,000 |
| Roof Finishings | | $18,500 |
| Frame Labor | | $18,500 |
| Plumbing | | $14,000 |
| Electrical | | $16,000 |
| HVAC | | $13,500 |
| Exterior Doors and Windows (Black) | | $9,000 |
| Concrete siding (B&B) | | $22,300 |
| Porch post and ceilings | | $8,000 |
| Insulation | | $6,000 |
| Exterior Paint | | $6,000 |
| Sheetrock | | $9,000 |
| Interior Trim | | $9,500 |
| Interior Paint (Flat) | | $10,000 |
| Interior Doors | | $5,000 |
| Tile: Kitchen and Bath | | $4,000 |
| Electrical Finishes/ Fixtures | | $2,500 |
| Plumbing Fixtures | | $2,000 |
| HVAC units and trim | | $3,500 |
| Kitchen Appliances | | $3,500 |
| Fireplace | | $7,000 |
| Garage Doors | | $0 |
| Landscape/Final Grade, seed and straw only | | $2,000 |
| Cabinets and Granite Tops | | $10,000 |
| Water/Well/Septic | | $11,000 |
| Floor Coverings | | $9,000 |
| Walks/Drives/Patios | | $8,000 |
| Utility Connections, digging, and Fees | | $5,000 |
| Non listed items | | $20,000 |
| Builder | | $25,000 |
| Total | | $400,000 |

https://www.northwestgeorgianews.com/polk_standard_journal/news/local/rockmart-contractor-indicted-on-two-counts-of-theft-by-conversion/article_f7eaf850-a688-11ee-9830-4bff81211138.html

# Rockmart Contractor Indicted On Two Counts of Theft by Conversion

By Jeremy Stewart JStewart@

PolkStandardJournal.com

Dec 29, 2023



Andrew Ryan Earwood

🎁 Gift this article

A Rockmart man is charged with allegedly taking payment for the construction of two residences and pocketing the money instead of fulfilling his obligations, according to court documents.

Andrew Ryan Earwood, 40, was booked into the Polk County Jail on Tuesday, Dec. 26, after a Polk County grand jury returned a true bill on two counts of theft by conversion presented by the district attorney's office earlier in the month.

Earwood, who owns Southern Family Homes Construction & Remodeling, LLC, is accused of using the proceeds of a payment for the construction of two Rockmart homes, one on Super Deluxe Road and another on Wheeler Ford Road, for purposes other than finishing the project or paying

PLAINTIFF'S
EXHIBIT

C

subcontractors.



The alleged actions occurred this past March, according to the grand jury presentment. The property owners filed separate civil complaints against Earwood and his company in the last few months. Earwood denied their claims in a written statement filed with the court.

In a similar circumstance, Earwood was arrested in Floyd County in August on a charge of theft by conversion after he allegedly pocketed more than $100,000 meant for a home construction project in Silver Creek.

Earwood was released form Polk County Jail this week on $20,000 bond.

Jeremy Stewart

Warrant No.

## SPECIAL PRESENTMENT

Witnesses

Herman Benefield   **GJ**
Polk County Police Department
73 Cline Ingram Jackson Parkway
Cedartown, GA 30125
Main Office: 770-748-7331
Fax: 770-749-2946

Logan Tyler Shelton
Polk County Police Department
73 Cline Ingram Jackson Parkway
Cedartown, GA 30125
Main Office: 770-748-7331
Fax: 770-749-2946

Ashleigh Harris
139 Wheeler Ford Road
Rockmart, GA 30153

Ann Mitchell
280 Super Deluxe Road
Rockmart, GA 30153

James Mitchell
280 Super Deluxe Road
Rockmart, GA 30153

D.P. NO.   23POL01173
OTN.

Case No.   2023CR-998   mHM

POLK SUPERIOR COURT

JULY TERM, 2023

THE STATE OF GEORGIA

V.

ANDREW R EARWOOD

Ct. 1: Conversion of Payments for Real Property
Improvements                    Felony
Ct. 2: Conversion of Payments for Real Property
Improvements                    Felony

_____ True _____ **BILL**
DKW
Foreperson

OLIVER J. BROWNING, JR., DISTRICT
ATTORNEY

Filed in Office of the Clerk, Superior Court, this
8th day of December, 20 23

Stacie M Baines

Clerk

The Defendant herein waives copy of Accusation, list of witnesses, formal arraignment and pleads _____ Guilty.

Date:_____

_____
District Attorney

_____
Defendant

_____
Attorney for Defendant

The Defendant herein waives copy of Accusation, list of witnesses, formal arraignment and pleads _____ Guilty.

Date:_____

_____
District Attorney

_____
Defendant

_____
Attorney for Defendant

## IN THE SUPERIOR COURT OF POLK COUNTY

THE GRAND JURORS selected, chosen and sworn for the County of Polk to wit:

| | | | |
|---|---|---|---|
| 1. | Daven Kyle Trout, Foreman | 14. | Troy Michael Moore |
| 2. | ~~Cortney Leeann Barnett, Vice-Foreperson~~ DKT | 15. | ~~Stephanie Nichole Couch~~ DKT |
| 3. | ~~Gracie Suzanne Hall, Secretary.~~ DKT | 16. | ~~Ashley Michelle Ayers~~ DKT |
| 4 | Madison Taylor Smith | 17. | Brittany Deanna Pilcher |
| 5. | Gary Allen Holley | 18. | Courtney Latrell Turner |
| 6. | Melissa Lynn Wilkes | 19. | ~~Fiana Nekiya Williams~~ DKT |
| 7.. | Michael Paul Sherman | 20. | ~~Clinton Harrison Edwards~~ DKT |
| 8. | Kathy E. Cox | 21. | Shaneka Renee Munford |
| 9. | Ashley Luvadie Hodges | 22. | Bradley Earl Hammonds |
| 10. | Jennifer Leeann Reeves | 23. | Heather Gorman Cline |
| 11. | Robert Edward Goodwyne | 24. | Deborah Ann Houser |
| 12. | Albert Cornelius Woolfork | 25. | Irma N. Arbuthnot |
| 13. | Evan Neal Hammonds | 26. | Thomas Bevis |

### COUNT 1

The Grand Jurors, in the name and behalf of the citizens of Georgia, charge and accuse **ANDREW R EARWOOD** with the offense of **Conversion of Payments for Real Property Improvements**, for that the said accused, in the County aforesaid, **on or about the 8th day of March, 2023**, did, while being a contractor, did unlawfully, with intent to defraud, use the proceeds of a payment, which was made to him on account of improving the real property of Ann and/or James Mitchell located at 280 Super Deluxe Road for the purpose of building a residence at said address instead of paying the outstanding balance for the labor performed on and/or materials furnished to said real property improvement by his order, for which said money was intended,, in violation of O.C.G.A. 16-8-15, contrary to the laws of said State, the good order, peace and dignity thereof.

Oliver J. Browning, Jr.

District Attorney

COUNT 2

The Grand Jurors, in the name and behalf of the citizens of Georgia, charge and accuse **ANDREW R EARWOOD** with the offense of **Conversion of Payments for Real Property Improvements**, for that the said accused, in the County aforesaid, **between the 8th day of March, 2023, and the 29th day of March, 2023, the exact date of the offense being unknown to the Grand Jury**, did, while being a contractor, did unlawfully, with intent to defraud, use the proceeds of a payment, which was made to him on account of improving the real property of Ashleigh Harris located at 139 Wheeler Ford Road for the purpose of building a residence at said address instead of paying the outstanding balance for the labor performed on and/or materials furnished to said real property improvement by his order, for which said money was intended,, in violation of O.C.G.A. 16-8-15, contrary to the laws of said State, the good order, peace and dignity thereof.

Oliver J. Browning, Jr.
District Attorney

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
POLK COUNTY, GEORGIA

**SUCV2023000650**
ABR

**NOV 14, 2024 04:37 PM**

*Stacie M Baines*
Stacie M. Baines , Clerk
Polk County, Georgia

## IN THE SUPERIOR COURT OF POLK COUNTY
## STATE OF GEORGIA

ASHLEIGH HARRIS and JASON DEERING,          )
                                            )
    Plaintiffs,                              )
                                            )          CIVIL ACTION FILE
v.                                          )
                                            )          NO.  SUCV2023000650 - ABR
ANDREW RYAN EARWOOD and                     )
SOUTHERN FAMILY HOMES                       )
CONSTRUCTION & REMODELING, LLC,             )
                                            )
    Defendants.                              )

---

### FINAL ORDER

On October 23, 2024, this case came before the Court for a final hearing on damages. The Court notes that both defendants in this case are in default with Southern Family Homes and Construction & Remodeling, LLC ("Southern Family") having failed to answer and Andrew Ryan Earwood ("Earwood") having his answer struck.[1] Mr. Earwood did appear at the final hearing but he invoked his 5th Amendment right to remain silent due to pending criminal charges concerning the subject matter of this lawsuit.

In addition to Defendants' admissions *in judicio* due to their defaults, Plaintiffs presented satisfactory evidence to show that Earwood disregarded corporate formalities and used Southern Family as his alter ego. Because Earwood and Southern Family are/were one in the same, the Court finds that both of the defendants are liable for the entirety of Plaintiffs' injuries as well as the entire amount of each of the judgments set forth in this Order.

Plaintiffs entered into a contract with Southern Family to build a home for a fixed price of $400,000.00, with any overages above the Agreement's allowances being Plaintiffs'

---

[1] See orders from January 12, 2024, and March 27, 2024.



Page **1** of 3

responsibility. Plaintiffs paid Southern Family Homes a total of $300,000.00 pursuant to the contract's draw schedule. However, after Defendants received a payment on January 30, 2023, Defendants ceased all construction on the house. About a month later, Defendants informed Plaintiffs that they could not complete construction and Defendants did no further work on the property.   Evidence and testimony at hearing established that sixty percent (60%) of the construction project had been completed at the time that Defendants ceased work on the home.  As such, Plaintiffs had paid over to the Defendants a total of $300,000.00 pursuant to the agreement's draw schedule and received only $240,000.00 in construction value.

Additionally, Plaintiffs presented evidence showing that they spent $71,163.15 to pay invoices that Defendants had not paid for prior to ceasing all work on the property.[2] Plaintiffs then presented evidence that they spent another $224,856.66 to finish construction on their home. Thus, their out-of-pocket post-breach total spent was $296,019.81.

The contract provided for certain allowances for which Plaintiffs would be responsible for any overages and Plaintiffs testified that the overage amount was $9,736.50. Plaintiffs also testified that they made certain upgrades beyond what was called for in the construction contract in the amount of $16,230.67. Because the difference between what Plaintiffs paid under the contract and what the contract price was is $100,000.00 (the amount that would have been owed for completion of the home regardless), the Court must subtract this amount (in addition to the overage and upgrades) from Plaintiffs' damages. Accordingly, Plaintiffs' damages due to Defendant's breach of contract is **$170,052.64**.

---

[2] Representing $23,703.31 in invoices disclosed by Defendants and $47,459.84 in invoices that were later uncovered by Plaintiffs.

Plaintiffs have set forth a claim of unjust enrichment on the basis that Defendants took funds under the contract but did not use those funds to pay invoices. The Court finds that Plaintiffs are entitled to recover $61,663.15 on their unjust enrichment claim.

Plaintiffs have set forth a claim of fraud based on the conduct of the Defendants. The Court finds that Plaintiffs are entitled to recover $75,000.00 on their fraud claim.

Plaintiffs have set forth a claim of negligent representation based on the conduct of the Defendants. The Court finds that Plaintiffs are entitled to recover $25,000.00 on their negligent representation claim.

Plaintiffs have set forth a claim of punitive damages based on the above torts. The Court does not find that Defendants acted, or has failed to act, with the specific intent to cause harm to Plaintiffs. The Court does find that Defendants acted with reckless disregard for the rights and interest of Plaintiffs. Accordingly, the Court finds that Plaintiffs are entitled to recover $60,000.00 in punitive damages.

Plaintiffs' counsel presented evidence as to reasonable attorney's fees and costs incurred in the amount of $8,014.50 in fees and $736.84 in costs. The Court finds that the defendants have acted in bad faith, been stubbornly litigious, and caused Plaintiffs unnecessary trouble and expense. Therefore, the Court awards Plaintiffs their attorney's fees and costs in the amount of $8,751.34 under O.C.G.A. §13-6-11.

**IT IS SO ORDERED** this __14__ day of __November__, 2024.

ANDREW B. ROPER
Judge, Polk County Superior Court
Tallapoosa Judicial Circuit

Page **3** of 3



711 E. Meighan Boulevard
Gadsden, AL 35903-1917

RETURN SERVICE REQUESTED



| Statement Period | Account # |
|---|---|
| 12/01/2024 - 12/31/2024 | ****5576 |



**Exclusive Discounts on Tax Prep.**
And get a chance to win $10,000.

ANDREW R EARWOOD
728 CALLOWAY DR
ROCKMART GA 30153-3502

## FSCU Annual Meeting

**Sunday, April 27th, 2025**

Registration: 1:00 PM CST | Meeting Begins: 2:00 PM CST

The Venue at Coosa Landing, Gadsden, AL 201 George Wallace Drive | Gadsden AL 35903

## Statement Summary

| Deposit Accounts | | | Total Balance: | $170.50 |
|---|---|---|---|---|
| **Account Type** | **Previous Balance** | **Deposits** | **Withdrawals** | **Ending Balance** |
| SECONDARY SHARE (ID#00) | 5.00 | 0.00 | 0.00 | 5.00 |
| SECONDARY SHARE DRAFT (ID#10) | 1,030.31 | 10,089.41 | -10,954.22 | 165.50 |
| **Loan Accounts** | | | **Total Balance:** | **$9,603.22** |
| **Account Type** | **Previous Balance** | **Principal Paid** | **Advances** | **Ending Balance** |
| PERSONAL UNSECURED LOAN (ID#01) | 9,603.22 | 0.00 | 0.00 | 9,603.22 |

## SECONDARY SHARE (ID# 00)

| | | | PREVIOUS BALANCE: | $5.00 |
|---|---|---|---|---|
| **Tran Date** | **Description** | **Deposits** | **Withdrawals** | **Balance** |
| 12/01 | Previous Balance Ending Balance | | | 5.00 |
| | | | **ENDING BALANCE:** | **$5.00** |
| Dividend Year to Date | 0.00 | | | |



PLAINTIFF'S EXHIBIT

**E**



| | **Statement Period** | **Account #** |
|---|---|---|
| | 12/01/2024 - 12/31/2024 | ****5576 |

## SECONDARY SHARE DRAFT (ID# 10)

| | **PREVIOUS BALANCE:** | | | **$1,030.31** |
|---|---|---|---|---|

| Tran Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 12/01 | Withdrawal Debit Card Debit Card | | 108.68 | 921.63 |
| | WALMART.COM 800-925-6278 AR | | | |
| 12/01 | Withdrawal Debit Card Debit Card | | 30.94 | 890.69 |
| | DAIRY QUEEN #12796 ROCKMART GA | | | |
| 12/02 | Recurring Withdrawal Debit Card Debit Card | | 87.00 | 803.69 |
| | PY *MYPAD STORAGE GRADY CEDARTOWN GA | | | |
| 12/02 | Deposit | 4,000.00 | | 4,803.69 |
| 12/02 | Withdrawal Debit Card Debit Card | | 1,786.85 | 3,016.84 |
| | YSI*Rent Payment 844-8742661 CA | | | |
| 12/03 | Deposit ACH THE EROSION COMP | 2,382.12 | | 5,398.96 |
| | TYPE: DIRECT DEP ID: 9111111103 CO: THE EROSION COMP | | | |
| 12/06 | Withdrawal Debit Card Debit Card | | 2.45 | 5,396.51 |
| | PAYMENTUS CORP 980-272-3788 NC | | | |
| 12/06 | Withdrawal Debit Card Debit Card | | 21.18 | 5,375.33 |
| | PAULDING COUNTY 770-222-6868 GA | | | |
| 12/06 | Withdrawal Debit Card Debit Card | | 330.00 | 5,045.33 |
| | MDC*CARROLL EMC 770-8323552 GA | | | |
| 12/06 | Withdrawal | | 3,000.00 | 2,045.33 |
| 12/06 | Withdrawal POS #434100321084 | | 16.34 | 2,028.99 |
| | DOLLAR-GENERAL #4163 DG 04163221 S PIEDMONT ROCKMART GA | | | |
| 12/06 | Recurring Withdrawal Debit Card Debit Card | | 7.99 | 2,021.00 |
| | Peacock A1A9F Premium 212-6640138 NY | | | |
| 12/06 | Withdrawal POS #04097300 | | 24.42 | 1,996.58 |
| | HWY 101 FOOD SHOP 30 HWY 101 DALLAS GA | | | |
| 12/07 | Withdrawal Debit Card Debit Card | | 47.75 | 1,948.83 |
| | WAFFLE HOUSE 2475 BUCHANAN GA | | | |
| 12/08 | Withdrawal Debit Card Debit Card | | 136.79 | 1,812.04 |
| | WALMART.COM 8009256278 800-966-6546 AR | | | |
| 12/08 | Withdrawal Bill Payment #434310514561 | | 4.99 | 1,807.05 |
| | APPLE COM BILL CUPERTINO CA | | | |
| 12/09 | Withdrawal ACH COMCAST 8220160 | | 85.23 | 1,721.82 |
| | TYPE: 191639854 ID: 0000213249 CO: COMCAST 8220160 | | | |
| 12/09 | Withdrawal Debit Card Debit Card | | 20.00 | 1,701.82 |
| | CS *ROBLOX GC 925-555-0000 ME | | | |
| 12/09 | Withdrawal POS #434500748478 | | 12.55 | 1,689.27 |
| | MARATHON PETRO18 1903 HAMILTON ROAD US LA GRANGE GA | | | |
| 12/10 | Withdrawal Debit Card Debit Card | | 15.20 | 1,674.07 |
| | CIRCLE K # 45154 ALBANY GA | | | |
| 12/10 | Withdrawal ACH PROG FREEDOM IN | | 300.88 | 1,373.19 |
| | TYPE: INS PREM ID: 9409348054 CO: PROG FREEDOM IN | | | |
| 12/10 | Withdrawal ACH VENMO | | 340.00 | 1,033.19 |
| | TYPE: PAYMENT ID: 3264681992 CO: VENMO NAME: ANDREW EARWOOD | | | |
| 12/10 | Withdrawal ACH VENMO | | 500.00 | 533.19 |
| | TYPE: PAYMENT ID: 3264681992 CO: VENMO NAME: ANDREW EARWOOD | | | |
| 12/10 | Withdrawal Debit Card Debit Card | | 4.99 | 528.20 |
| | APPLE.COM/BILL 866-712-7753 CA | | | |
| 12/10 | Withdrawal Debit Card Debit Card | | 9.99 | 518.21 |
| | APPLE.COM/BILL 866-712-7753 CA | | | |
| 12/11 | Withdrawal POS #434600322550 | | 20.09 | 498.12 |
| | DOLLAR-GENERAL #4163 DG 04163221 S PIEDMONT ROCKMART GA | | | |
| 12/12 | Withdrawal Debit Card Debit Card | | 17.48 | 480.64 |
| | CIRCLE K # 45155 ALBANY GA | | | |
| 12/13 | Withdrawal Debit Card Debit Card | | 453.68 | 26.96 |
| | WALMART.COM 8009256278 800-966-6546 AR | | | |
| 12/14 | Withdrawal Debit Card Debit Card | | 16.04 | 10.92 |



| | **Statement Period** | **Account #** |
|---|---|---|
| | 12/01/2024 - 12/31/2024 | ****5576 |

| Tran Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| | Amazon Prime*ZX15J3G71 Amzn.com/bill WA | | | |
| 12/14 | Deposit Faster Payments | 736.88 | | 747.80 |
| | RTP deposit from VENMO | | | |
| 12/14 | Withdrawal Debit Card Debit Card | | 65.62 | 682.18 |
| | SCOTTS COUNTRY STORE ROCKMART GA | | | |
| 12/14 | Withdrawal POS #435088161513 | | 42.79 | 639.39 |
| | NNT TARGET.COM 161501 WWW.TARGET.COM BROOKLYN PARK MN | | | |
| 12/15 | Withdrawal Debit Card Debit Card | | 120.99 | 518.40 |
| | WALMART.COM 800-925-6278 AR | | | |
| 12/15 | Withdrawal Debit Card Debit Card | | 37.42 | 480.98 |
| | WALMART.COM 800-925-6278 AR | | | |
| 12/16 | Withdrawal Bill Payment #435100929053 | | 22.99 | 457.99 |
| | NETFLIX.COM LOS GATOS CA | | | |
| 12/17 | Withdrawal Debit Card Debit Card | | 25.67 | 432.32 |
| | AMAZON MKTPL*Z13MJ7X30 Amzn.com/bill WA | | | |
| 12/17 | Withdrawal Debit Card Debit Card | | 38.96 | 393.36 |
| | INGLES MARKETS #405 TEMPLE GA | | | |
| 12/17 | Deposit Faster Payments | 491.25 | | 884.61 |
| | RTP deposit from VENMO | | | |
| 12/18 | Deposit ACH THE EROSION COMP | 2,086.16 | | 2,970.77 |
| | TYPE: DIRECT DEP ID: 9111111103 CO: THE EROSION COMP | | | |
| 12/17 | Withdrawal POS #000000NWAT4O | | 128.39 | 2,842.38 |
| | AMAZON.COM*Z163P0P81 SEATTLE WA | | | |
| 12/18 | Withdrawal Debit Card Debit Card | | 300.00 | 2,542.38 |
| | CASH APP*KAYLA ELROD Oakland CA | | | |
| 12/18 | Withdrawal Debit Card Debit Card | | 106.98 | 2,435.40 |
| | AMAZON MKTPL*Z97OB0EK2 Amzn.com/bill WA | | | |
| 12/19 | Withdrawal ACH VENMO | | 1,000.00 | 1,435.40 |
| | TYPE: PAYMENT ID: 3264681992 CO: VENMO NAME: ANDREW EARWOOD | | | |
| 12/20 | Withdrawal Bill Payment #435500359324 | | 87.99 | 1,347.41 |
| | HULU HLU*HULUPLUS SANTA MONICA CA | | | |
| 12/20 | Withdrawal Debit Card Debit Card | | 6.88 | 1,340.53 |
| | PILOT #0417 TEMPLE GA | | | |
| 12/20 | Withdrawal Debit Card Debit Card | | 563.50 | 777.03 |
| | AMAZON MKTPL*Z15T67R71 Amzn.com/bill WA | | | |
| 12/20 | Withdrawal Debit Card Debit Card | | 9.99 | 767.04 |
| | DD *DOORDASHDASHPASS WWW.DOORDASH. CA | | | |
| 12/21 | Recurring Withdrawal Debit Card Debit Card | | 6.99 | 760.05 |
| | APPLE.COM/BILL 866-712-7753 CA | | | |
| 12/22 | Withdrawal Debit Card Debit Card | | 9.99 | 750.06 |
| | APPLE.COM/BILL 866-712-7753 CA | | | |
| 12/22 | Recurring Withdrawal Debit Card Debit Card | | 10.99 | 739.07 |
| | APPLE.COM/BILL 866-712-7753 CA | | | |
| 12/23 | Recurring Withdrawal Debit Card Debit Card | | 40.00 | 699.07 |
| | MACH ONE EXPRESS WASH O ROCKMART GA | | | |
| 12/23 | Withdrawal Debit Card Debit Card | | 16.83 | 682.24 |
| | AMAZON MKTPL*Z95B49521 Amzn.com/bill WA | | | |
| 12/25 | Withdrawal Bill Payment #436000106016 | | 2.99 | 679.25 |
| | APPLE COM BILL CUPERTINO CA | | | |
| 12/26 | Withdrawal ACH WestlakeSvcs | | 548.62 | 130.63 |
| | TYPE: 8887399192 ID: 4871475048 CO: WestlakeSvcs NAME: ANDREW EARWOOD | | | |
| 12/26 | Deposit Faster Payments | 196.50 | | 327.13 |
| | RTP deposit from VENMO | | | |
| 12/28 | Withdrawal Debit Card Debit Card | | 160.45 | 166.68 |
| | WALMART.COM 8009256278 800-966-6546 AR | | | |
| 12/30 | Deposit Faster Payments | 196.50 | | 363.18 |
| | RTP deposit from VENMO | | | |
| 12/30 | Withdrawal Debit Card Debit Card | | 91.87 | 271.31 |



| Statement Period | Account # |
|---|---|
| 12/01/2024 - 12/31/2024 | ****5576 |

| Tran Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 12/31 | IC* INSTACART HTTPSINSTACAR CA<br>Recurring Withdrawal Debit Card Debit Card<br>Spectrum Mobile 855-707-7328 MO Ending Balance | | 105.81 | 165.50 |

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total OverDraft Fees | 0.00 | 480.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

| | |
|---|---|
| **ENDING BALANCE:** | **$165.50** |

Dividend Year to Date                     0.00

## PERSONAL UNSECURED LOAN (ID# 01)

| | | | | | | PREVIOUS BALANCE: | $9,603.22 |
|---|---|---|---|---|---|---|---|

| Tran Date | Description | | Tran Amt | Prin. Pmt or Adv | Finance Charge | Fees/ Charges | Balance |
|---|---|---|---|---|---|---|---|
| | | | | **ENDING BALANCE:** | | | **$9,603.22** |

| | | | | |
|---|---|---|---|---|
| Annual Percentage Rate | 13.000% | Daily Periodic Rate | 0.035616% |
| Minimum Payment Due | 343.08 | Total Payment Due | 686.16 |
| Payment Due Date | 12/04/2024 | Past-due Amount | 343.08 |

## Summary of Earnings, Contributions, and Finance Charges

| | |
|---|---|
| Total Year to Date Finance Charge | 1,312.66 |
| Total Year to Date Earnings | 0.00 |



| Statement Period | Account # |
|---|---|
| 12/01/2024 - 12/31/2024 | ****5576 |

## For Consumer Accounts Only

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS (EFT)**

Call us at 256-543-9530 / 888-311-3728 or write us at 711 E. Meighan Boulevard, Gadsden, AL 35903-1917, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT LOANS ON YOUR STATEMENT**

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at 711 E. Meighan Boulevard, Gadsden, AL 35903-1917, as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights under the law.

In the letter, please supply the following information:
- Your name and account number (if any);
- The dollar amount of the suspected error;
- A full description of the suspected error, transfer or payment, and explain as clearly as you can why you believe there is an error or why you need more information.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. During our investigation of your inquiry, the credit union cannot report the amount you question as delinquent or take any action to collect that amount.

**EXPLANATION OF INTEREST CHARGE ON OPEN-END ACCOUNT**

The balance on which the INTEREST CHARGE is computed is the actual unpaid loan balance each day after credits are subtracted and new advances or other charges are added. To compute the interest charge, the unpaid balance for each day since your last payment (or since an advance if you have not yet made a payment) is multiplied by the applicable daily periodic rate. The sum of these amounts is the interest charge owed.

| Outstanding Items | |
|---|---|
| ITEM NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL:** | |

| | |
|---|---|
| Balance Shown on this Statement | $ |
| **Add** Deposits not Credited in this Statement (if any) | $ |
| **Total** | $ |
| **Subtract** Items Outstanding | $ |
| **Balance** | $ |

Your register should show this balance.





**NCUA**
National Credit Union Administration, a U.S. Government Agency

EQUAL HOUSING OPPORTUNITY

**Federally Insured by NCUA**



Elevate Your
NSPIRE Banking Experience.

LEARN MORE





711 E. Meighan Boulevard
Gadsden, AL 35903-1917

RETURN SERVICE REQUESTED

| Statement Period | Account # |
|---|---|
| 12/01/2024 - 12/31/2024 | ****8649 |



WIN TAX SEASON!

**Exclusive Discounts on Tax Prep.**
And get a chance to win $10,000.

LEARN MORE



INTUIT turbotax | H&R BLOCK

ANDREW R EARWOOD
728 CALLOWAY DR
ROCKMART GA 30153-3502

## FSCU Annual Meeting

**Sunday, April 27th, 2025**

Registration: 1:00 PM CST | Meeting Begins: 2:00 PM CST

The Venue at Coosa Landing, Gadsden, AL 201 George Wallace Drive | Gadsden AL 35903

## Statement Summary

| Deposit Accounts | | | Total Balance: | $5.00 |
|---|---|---|---|---|
| **Account Type** | **Previous Balance** | **Deposits** | **Withdrawals** | **Ending Balance** |
| MASTER SHARE (ID#00) | 6.26 | 0.00 | -1.26 | 5.00 |

| Loan Accounts | | | Total Balance: | $9,719.73 |
|---|---|---|---|---|
| **Account Type** | **Previous Balance** | **Principal Paid** | **Advances** | **Ending Balance** |
| LOC (ID#02) | 5,719.73 | 0.00 | 4,000.00 | 9,719.73 |

## MASTER SHARE (ID# 00)

| | | PREVIOUS BALANCE: | | | $6.26 |
|---|---|---|---|---|---|

| Tran Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 12/31 | Withdrawal Acct Svc Charge | | 1.26 | 5.00 |

| | ENDING BALANCE: | $5.00 |
|---|---|---|

Joint Owner        KAYLI MORGAN EARWOOD
Dividend Year to Date        0.00



**FAMILY SAVINGS** credit union
WHERE YOUR MONEY GROWS WITH YOU AND YOUR FAMILY

| Statement Period | Account # |
|---|---|
| 12/01/2024 - 12/31/2024 | ****8649 |

## LOC (ID# 02)

| Summary of Account Activity | | Payment Information | |
|---|---|---|---|
| Previous Balance | 5,719.73 | Past Due Amount | 267.29 |
| New Balance | 9,719.73 | Minimum Payment Due | 267.29 |
| Maximum Credit Line | 10,000.00 | Total Payment Due | n/a |
| Available Credit | 280.27 | Payment Due Date | 12/27/2024 |

### Transactions

| Tran Date | Description | Tran Amt | Prin. Pmt or Adv | Finance Charge | Fees/ Charges | Balance |
|---|---|---|---|---|---|---|
| 12/02 | Loan Advance | 4,000.00 | 4,000.00 | | | 9,719.73 |

## SUMMARY OF OPEN-END LOAN FEES & INTEREST CHARGES

| Fees | |
|---|---|
| TOTAL FEES FOR THIS PERIOD | 0.00 |

| Interest Charged | |
|---|---|
| TOTAL INTEREST FOR THIS PERIOD | 0.00 |

| 2024 Totals Year-To-Date | |
|---|---|
| TOTAL FEES CHARGED IN 2024 | 0.00 |
| TOTAL INTEREST CHARGED IN 2024 | 831.12 |

### Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Annual Percentage Rate (APR) | Daily Periodic Rate |
|---|---|
| 13.000% | 0.035616% |

## Summary of Earnings, Contributions, and Finance Charges

| Total Year to Date Finance Charge | 831.12 |
|---|---|



**FAMILY SAVINGS**
credit union
WHERE YOUR MONEY GROWS WITH YOU AND YOUR FAMILY

| **Statement Period** | **Account #** |
|---|---|
| 12/01/2024 - 12/31/2024 | ****8649 |

For Consumer Accounts Only

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS (EFT)**

Call us at 256-543-9530 / 888-311-3728 or write us at 711 E. Meighan Boulevard, Gadsden, AL 35903-1917, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT LOANS ON YOUR STATEMENT**

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at 711 E. Meighan Boulevard, Gadsden, AL 35903-1917, as soon as possible. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights under the law.

In the letter, please supply the following information:
• Your name and account number (if any);
• The dollar amount of the suspected error;
• A full description of the suspected error, transfer or payment, and explain as clearly as you can why you believe there is an error or why you need more information.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. During our investigation of your inquiry, the credit union cannot report the amount you question as delinquent or take any action to collect that amount.

**EXPLANATION OF INTEREST CHARGE ON OPEN-END ACCOUNT**

The balance on which the INTEREST CHARGE is computed is the actual unpaid loan balance each day after credits are subtracted and new advances or other charges are added. To compute the interest charge, the unpaid balance for each day since your last payment (or since an advance if you have not yet made a payment) is multiplied by the applicable daily periodic rate. The sum of these amounts is the interest charge owed.



EQUAL HOUSING OPPORTUNITY



**NCUA**
National Credit Union Administration, a U.S. Government Agency

**Federally Insured by NCUA**

| Outstanding Items | |
|---|---|
| ITEM NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

| | |
|---|---|
| Balance Shown on this Statement | $ |
| **Add** Deposits not Credited in this Statement (if any) | $ |
| **Total** | $ |
| **Subtract** Items Outstanding | $ |
| **Balance** | $ |

Your register should show this balance.



LEARN MORE

Elevate Your
NSPIRE Banking Experience.





711 E. Meighan Boulevard
Gadsden, AL 35903-1917

| Statement Period | Account # |
|---|---|
| 10/01/2024 - 12/31/2024 | ****8659 |

RETURN SERVICE REQUESTED

SOUTHERN FAMILY HOMES CONSTRUCTION & REM
704 FAIRVIEW RD
ROCKMART GA 30153



**Exclusive Discounts on Tax Prep.** And get a chance to win $10,000.

intuit turbotax | H&R BLOCK

## FSCU Annual Meeting

**Sunday, April 27th, 2025**

Registration: 1:00 PM CST | Meeting Begins: 2:00 PM CST

The Venue at Coosa Landing, Gadsden, AL 201 George Wallace Drive | Gadsden AL 35903

## Statement Summary

### Deposit Accounts

| | | | Total Balance: | $5.00 |
|---|---|---|---|---|
| **Account Type** | **Previous Balance** | **Deposits** | **Withdrawals** | **Ending Balance** |
| BUSINESS SAVINGS (ID#00) | 5.00 | 0.00 | 0.00 | 5.00 |

### BUSINESS SAVINGS (ID# 00)

| | | | **PREVIOUS BALANCE:** | **$5.00** |
|---|---|---|---|---|
| **Tran Date** | **Description** | **Deposits** | **Withdrawals** | **Balance** |
| 10/01 | Previous Balance Ending Balance | | | 5.00 |
| | | | **ENDING BALANCE:** | **$5.00** |

Joint Owner            ANDREW R EARWOOD
Dividend Year to Date          0.00

### Summary of Earnings, Contributions, and Finance Charges

| ACCOUNT TYPE | Business |
|---|---|



| Statement Period | Account # |
|---|---|
| 10/01/2024 - 12/31/2024 | ****8659 |

**For Consumer Accounts Only**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS (EFT)**

Call us at 256-543-9530 / 888-311-3728 or write us at 711 E. Meighan Boulevard, Gadsden, AL 35903-1917, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT LOANS ON YOUR STATEMENT**

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at 711 E. Meighan Boulevard, Gadsden, AL 35903-1917, as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights under the law.

In the letter, please supply the following information:
- Your name and account number (if any);
- The dollar amount of the suspected error;
- A full description of the suspected error, transfer or payment, and explain as clearly as you can why you believe there is an error or why you need more information.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. During our investigation of your inquiry, the credit union cannot report the amount you question as delinquent or take any action to collect that amount.

**EXPLANATION OF INTEREST CHARGE ON OPEN-END ACCOUNT**

The balance on which the INTEREST CHARGE is computed is the actual unpaid loan balance each day after credits are subtracted and new advances or other charges are added. To compute the interest charge, the unpaid balance for each day since your last payment (or since an advance if you have not yet made a payment) is multiplied by the applicable daily periodic rate. The sum of these amounts is the interest charge owed.




**Federally Insured by NCUA**

| Outstanding Items | |
|---|---|
| ITEM NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

| | |
|---|---|
| Balance Shown on this Statement | $ |
| **Add** Deposits not Credited in this Statement (if any) | $ |
| **Total** | $ |
| Subtract Items Outstanding | $ |
| **Balance** | $ |

Your register should show this balance.



LEARN MORE





711 E. Meighan Boulevard
Gadsden, AL 35903-1917

**FAMILY**SAVINGS
credit union

RETURN SERVICE REQUESTED

| Statement Period | Account # |
|---|---|
| 12/01/2024 - 12/31/2024 | ****6880 |



SWARM 14
728 CALLOWAY DR
ROCKMART GA 30153-3502

## FSCU Annual Meeting

**Sunday, April 27th, 2025**

Registration: 1:00 PM CST | Meeting Begins: 2:00 PM CST

The Venue at Coosa Landing, Gadsden, AL 201 George Wallace Drive | Gadsden AL 35903

## Statement Summary

### Deposit Accounts                              Total Balance:        $5.00

| Account Type | Previous Balance | Deposits | Withdrawals | Ending Balance |
|---|---|---|---|---|
| BUSINESS SAVINGS (ID#00) | 5.00 | 0.00 | 0.00 | 5.00 |
| BUSINESS CHECKING (ID#10) | 0.00 | 0.00 | 0.00 | 0.00 |

### BUSINESS SAVINGS (ID# 00)

|  |  | PREVIOUS BALANCE: | $5.00 |
|---|---|---|---|

| Tran Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 12/01 | Previous Balance Ending Balance |  |  | 5.00 |

|  | ENDING BALANCE: | $5.00 |
|---|---|---|

| Joint Owner | ANDREW R EARWOOD |
|---|---|
| Dividend Year to Date | 0.00 |

### BUSINESS CHECKING (ID# 10)

|  |  | PREVIOUS BALANCE: | $0.00 |
|---|---|---|---|

| Tran Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
|  | Previous Balance Ending Balance |  |  |  |

256-543-9530 / 888-311-3728 • www.familysavingscu.com



FAMILYSAVINGS credit union
WHERE YOUR MONEY GROWS WITH YOU AND YOUR FAMILY

| **Statement Period** | **Account #** |
|---|---|
| 12/01/2024 - 12/31/2024 | ****6880 |

| Tran Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| | | | **ENDING BALANCE:** | **$0.00** |

| Joint Owner | ANDREW R EARWOOD | |
|---|---|---|
| Dividend Year to Date | 0.00 | |

## Summary of Earnings, Contributions, and Finance Charges

| ACCOUNT TYPE | Business |
|---|---|
| Total Year to Date Earnings | 0.00 |

### For Consumer Accounts Only

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS (EFT)**

Call us at 256-543-9530 / 888-311-3728 or write us at 711 E. Meighan Boulevard, Gadsden, AL 35903-1917, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT LOANS ON YOUR STATEMENT**

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet of paper at 711 E. Meighan Boulevard, Gadsden, AL 35903-1917, as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights under the law.

In the letter, please supply the following information:
• Your name and account number (if any);
• The dollar amount of the suspected error;
• A full description of the suspected error, transfer or payment, and explain as clearly as you can why you believe there is an error or why you need more information.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. During our investigation of your inquiry, the credit union cannot report the amount you question as delinquent or take any action to collect that amount.

**EXPLANATION OF INTEREST CHARGE ON OPEN-END ACCOUNT**

The balance on which the INTEREST CHARGE is computed is the actual unpaid loan balance each day after credits are subtracted and new advances or other charges are added. To compute the interest charge, the unpaid balance for each day since your last payment (or since an advance if you have not yet made a payment) is multiplied by the applicable daily periodic rate. The sum of these amounts is the interest charge owed.





**Federally Insured by NCUA**

| Outstanding Items | |
|---|---|
| ITEM NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

Balance Shown on this Statement    $ _____

**Add** Deposits not Credited in this Statement (if any)    $ _____

Total    $ _____

Subtract Items Outstanding    $ _____

Balance    $ _____

Your register should show this balance.



LEARN MORE

Elevate Your

NSPIRE Banking Experience.

https://www.facebook.com/profile.php?id=100089556680070

 Southern Social

## Intro

SS is an entertainment venue/bar. Sports. Live bands, DJ, and karaoke, along with axe throwing.

Page · Live music venue · Bar

221 S Piedmont Ave , Rockmart, GA, United States, Georgia

ss.rockmartga1@gmail.com

100% recommend (5 reviews)

## Photos

See All Photos







 **Southern Social**
10 April 2023 ·

THIS WEEKS LINE UP

THURSDAY- Bingo! $3 a board or 2 for $5. Rudy's food truck 5-9!
FRIDAY- C.W. Smith and the Drifters 9-11! $5 cover! Rudy's and Jamwich food truck!
SATURDAY- In house DJ! $5 Cover! Red Beards BBQ!... See more







12    11 comments  13 shares

 Like     Comment     Share

View more comments

PLAINTIFF'S EXHIBIT
F

https://www.facebook.com/profile.php?id=100089556880070






**Southern Social**

SS is an entertainment venue/bar. Sports. Live bands, DJ, and karaoke, along with axe throwing.

**Page** · Live music venue · Bar

221 S Piedmont Ave , Rockmart, GA, United States, Georgia

ss.rockmartga1@gmail.com

★ 100% recommend (5 reviews) ⓘ



**Southern Social**
30 November 2023 · 🌐

To all our Southern Social customers, first and foremost we appreciate each and every one of you for your continued support. As we go through this transition we will be closed for December except for the already scheduled events.
We are excited about the upcoming new year and some possible changes!!! We look forward to seeing you at the events in December. If you have any questions please feel free to message us or email us here at Southern Social !
Here are the line up for December events.
12/8- Line Dancing
12/9- Social Christmas Festival
12/16- Arm Wrestling Event
Thank you

## Photos

See All Photos









