**IT IS ORDERED as set forth below:**



**Date: June 12, 2025**

_____

Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| IN RE: | |
| ANDREW RYAN EARWOOD, | CASE NO. 25-40242-PWB |
| Debtor. | |
| | CHAPTER 7 |
| ASHLEIGH HARRIS and JASON DEERING, | |
| Plaintiffs, | |
| | ADVERSARY PROCEEDING |
| v. | NO. 25-4005-PWB |
| ANDREW RYAN EARWOOD, | |
| Defendant. | |

ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING

The Debtor/Defendant seeks an extension of time to file a responsive pleading. It is

ORDERED that the time for filing a responsive pleading is extended to July 8, 2025.

**END OF ORDER**

**Distribution List**

Michael West Evans
Cox Byington Twyman LLP
711 Broad Street
Rome, GA 30161

Andrew Ryan Earwood
2 Bo Xing
Temple, GA 30179

United States Bankruptcy Court

Northern District of Georgia

Harris,
    Plaintiff

Earwood,
    Defendant

Adv. Proc. No. 25-04005-pwb

# CERTIFICATE OF NOTICE

District/off: 113E-6     User: bncadmin     Page 1 of 2
Date Rcvd: Jun 12, 2025     Form ID: pdf511     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

**Recip ID     Recipient Name and Address**
+ Michael West Evans, Cox Byington Twyman LLP, 711 Broad Street, Rome, GA 30161-3015

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| dft | + Email/PDF: andrewearwood7@yahoo.com | Jun 12 2025 20:06:00 | Andrew Ryan Earwood, 2 Bo Xing, Temple, GA 30179-2444 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | *+ | Andrew Ryan Earwood, 2 Bo Xing, Temple, GA 30179-2444 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 14, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:

**Name     Email Address**

Michael West Evans
    on behalf of Plaintiff Ashleigh Harris west.evans@cbtjlaw.com  jmcrumbley@cbtjlaw.com

Michael West Evans
    on behalf of Plaintiff Jason Deering west.evans@cbtjlaw.com  jmcrumbley@cbtjlaw.com

| | | |
|---|---|---|
| District/off: 113E-6 | User: bncadmin | Page 2 of 2 |
| Date Rcvd: Jun 12, 2025 | Form ID: pdf511 | Total Noticed: 2 |

TOTAL: 2